```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAN TREHAN,

                Plaintiff,

-against-

NEVILLE TULI, OSIAN'S CONNOISSEURS
OF ART PRIVATE LIMITED,

                Defendants.

13 Civ. 8962 (AT)(SN)

**ORDER**

ANALISA TORRES, District Judge:

      Having received no objection to Magistrate Judge Netburn's August 23, 2016 report and recommendation, the Court reviewed the recommendation and found "no clear error on the face of the record." *Santana v. United States*, 476 F. Supp. 2d 300, 302 (S.D.N.Y. 2007) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). Accordingly, the Court accepts and adopts the thorough and well-reasoned report and recommendation, awarding Plaintiff: (1) damages in the amount of $334,900, plus nine percent annual interest on $550,000 from March 22, 2010, and (2) costs in the amount of $350.

      The Clerk of the Court is directed to enter judgment accordingly.

      SO ORDERED.

Dated: November 15, 2016
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge